WIGGINS HILL *versus* JOEL HILLS and STILLWATER CANAL CORPORATION, Trustee.

An appeal from the judgment of the District Court in a matter of law, without any exceptions being filed and allowed, is irregularly brought into this Court, and must be dismissed.

THIS was an appeal from the judgment of the District Court, charging the trustee. No exceptions to the decision of the Court below were filed or allowed.

*I. Washburn*, for the trustee.

*H. Warren*, for the plaintiff.

The opinion of the Court was delivered by

SHEPLEY J. — This case appears to have been brought into this Court by appeal from a judgment of the District Judge, adjudging the corporation to be chargeable as the trustee of the defendant without any exceptions filed and allowed. And the only appeal on a question of law, permitted by the Statute creating that Court, is to be made after exceptions are filed and allowed. The action having been irregularly brought into this Court must be dismissed.